IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>ALEJANDO NAVARRO-VALENZUALA,<br><br>     Defendant. | *E-FILED - 3/5/07*<br><br>No. CR 06-00771 RMW<br><br>( ) ORDER FOR A LOCAL<br>COMPETENCY EVALUATION |

  GOOD CAUSE APPEARING, AND ON MOTION OF DEFENSE COUNSEL, IT IS HEREBY ORDERED, that Pretrial Services shall arrange for a competency evaluation to be conducted at the Santa Clara County Jail.  This evaluation shall be limited to the question of competency.

  It is further ordered that the results of such evaluation shall be provided to the Court and to counsel for both parties.

  IT IS SO ORDERED.

DATED: 3/5/07

                   *Ronald M. Whyte*
                   HON. RONALD M. WHYTE
                   United States District Judge