*E-FILED - 5/15/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00771 RMW |
| Plaintiff, | ) ) ) | **[] ORDER RE PAYMENT FOR COMPETENCY EVALUATION** |
| v. | ) ) | |
| ALEJANDRO NAVARRO-VALENZUELA, | ) ) | |
| Defendant. | ) ) | |

THE COURT HEREBY ORDERS that the defendant's mental competence to stand trial be evaluated by Dr. Jeff Gould, or if not available, another physician appointed by the court at the suggestion of Pretrial Services. The United States Attorney's Office shall pay for the examination and any necessary translation services.

Dated: May 15, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge