IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO NAVARRO-VALENZUELA,<br><br>Defendant. | ***E-FILED - 9/5/07***<br><br>Case No. CR-06-00771-RMW<br><br>ORDER COMMITTING DEFENDANT TO THE FEDERAL BUREAU OF PRISONS FOR RESTORATION TO COMPETENCY PURSUANT TO 18 U.S.C. §4241(D)(1) |

On March 5, 2007, upon stipulation of the parties, the court ordered that a local competency examination of defendant be arranged by pre-trial services. A dispute then arose as to who was responsible for payment for the examination and the government argued that any obligation it had to pay could be "more efficiently fulfilled by sending the defendant to a Bureau of Prisons facility." However, the court by order dated May 9, 2007 required that the examination be done locally at government expense. On May 15, 2007 the court appointed Dr. Jeff Gould, a psychiatrist, to perform the examination. On June 25, 2007 a hearing was held and the parties agreed and the court found by a preponderance of the evidence [per Dr. Gould's report] that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense. The court requested the government to prepare a proposed order

Order Committing Defendant to the Federal Bureau of Prisons for
Restoration to Competency Pursuant to 18 U.S.C. §4241(D)(1)
Case No. C-06-00771-RMW

1 | committing defendant to the custody of the Attorney General for treatment but it has not done so.
2 | The defendant did submit a proposed order but the court finds it incomplete.  THEREFORE,
3 |     IT IS HEREBY ORDERED THAT the defendant is committed to the custody of the
4 | Attorney General and the Attorney General shall hospitalize the defendant for treatment pursuant to
5 | 18 U.S.C. § 4241 in a suitable facility---

> (1) for such a reasonable period of time, but not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and
> (2) for an additional reasonable period of time until
>     (A) his mental health condition is so improved that trial may proceed . . .
>     (B) the pending charges against him are disposed of according to law;
> whichever is earlier.

18 U.S.C. § 4241(d).

    The court hereby sets a status conference for October 22, 2007 at 9:00 a.m.  The court requests that the Attorney General file a status report by October 10, 2007 unless a certification pursuant to 18 U.S.C. § 4241(e) or a mental health report from the director of the facility in which defendant has been hospitalized has been submitted.

    DATED: September 4, 2007

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge

Order Committing Defendant to the Federal Bureau of Prisons for
Restoration to Competency Pursuant to 18 U.S.C. §4241(D)(1)
Case No. C-06-00771-RMW

2

1

2  Copy of Order E-Filed to Counsel of Record:

3  Copy of Order Mailed to:

4  State of California Attorney General's Office
   455 Golden Gate Avenue, Ste. 11000
5  San Francisco, CA 94102-7004

6  Marshal's Office - San Jose

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Committing Defendant to the Federal Bureau of Prisons for
Restoration to Competency Pursuant to 18 U.S.C. §4241(D)(1)
Case No. C-06-00771-RMW

3