**E-filed:** **5/5/2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA., <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO NAVARRO-VALENZUELA, <br><br> Defendants. | No. CR-06-00771 RMW <br><br> ORDER REQUESTING A SUPPLEMENTAL REPORT FROM THE FEDERAL MEDICAL CENTER |

In response to the court's prior order, defendant Alejandro Navarro-Valenzuela was sent to the federal medical center in Butner, North Carolina for a competency restoration study. *See* Docket No. 25 (Sept. 5, 2007). The government wishes to move to involuntarily medicate Mr. Navarro-Valenzuela to allow him to stand trial. Mr. Navarro-Valenzuela moves for an order preventing the government from involuntarily medicating him and releasing him from custody.

To better conduct the evaluation required by *Sell v. United States*, 539 U.S. 166 (2003) to determine if Mr. Navarro-Valenzuela should be involuntarily medicated to stand trial, the court requires additional information from Mr. Navarro-Valenzuela's caretakers at the Bureau of Prisons. The court therefore orders the federal medical center in Butner caring for Mr. Navarro-Valenzuela to provide a supplemental report. The supplemental report must provide the information requested

ORDER REQUESTING A SUPPLEMENTAL REPORT FROM THE FEDERAL MEDICAL CENTER
No. CR-06-00771 RMW
TSF

below and answer the following questions. The supplemental report must also explain the basis of the answers given.

1. <u>Treatment plan</u>. The court needs to understand the treatment plan proposed to medicate Mr. Navarro-Valenzuela to enable him to stand trial.

   a. What medication or medications do you propose?
   b. What are the dosage ranges?
   c. How can the medication be administered? Orally, by injection, or some other method?
   d. How likely is it that the treatment plan will render Mr. Navarro-Valenzuela competent to stand trial?
   e. How long will the treatment plan take to render Mr. Navarro-Valenzuela competent?
   f. What criteria will be used to determine when to stop the treatment plan?

2. <u>Side effects</u>. The court needs to understand the potential side effects of the proposed treatment plan.

   a. What are the treatment plan's side effects?
   b. How severe are the side effects and how long will they last?
   c. How likely is it that Mr. Navarro-Valenzuela will experience the various side effects?
   d. How likely is it that the side effects will impair Mr. Navarro-Valenzuela's ability to assist in his defense at trial? How severely will he be impaired?

3. <u>Alternatives to treatment</u>. The court needs to understand whether involuntary medication is necessary.

   a. Do less-intrusive alternatives to the involuntary treatment plan exist?
   b. How effective are these less-intrusive alternatives?

4. <u>Mr. Navarro-Valenzuela's medical interest</u>.

   a. In light of Mr. Navarro-Valenzuela's medical condition, is the treatment plan

1         appropriate?

2         b.    How will Mr. Navarro-Valenzuela's medical and mental well-being be

3 monitored during the course of the treatment?

4     The Butner federal medical center is ordered to provide the report as detailed above by May

5 14, 2008.

7 DATED:   5/2/2008

                                                                                                RONALD M. WHYTE
                                                                                                United States District Judge

**United States District Court**
For the Northern District of California

ORDER REQUESTING A SUPPLEMENTAL REPORT FROM THE FEDERAL MEDICAL CENTER
No. CR-06-00771 RMW
TSF                                                   3

**Notice of this document has been electronically sent to:**

**Counsel for United States:**

Joseph A. Fazioli          joseph.fazioli@usdoj.gov

**Counsel for Defendant:**

Nicholas P. Humy          nicholas_humy@fd.org

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program in each action.

**Dated:**     5/5/2008                                      TSF
                                                              **Chambers of Judge Whyte**

ORDER REQUESTING A SUPPLEMENTAL REPORT FROM THE FEDERAL MEDICAL CENTER
No. CR-06-00771 RMW
TSF                                                          4