JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5081
E-Mail: joseph.fazioli@usdoj.gov

Attorneys for the United States

RECEIVED
2009 JUN 12 PM 1: 24
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST OF CA. S.J.

*E-FILED - 6/17/09*

CR-06-00771-RMW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>        Plaintiff,                 )<br>                                   )<br>    v.                             )<br>                                   )<br>ALEJANDRO NAVARRO-                 )<br>VALENZEULA,                        )<br>                                   )<br>        Defendant.                 )<br>_____) | No. CR-06-XXXXXXXXX<br><br>NOTICE OF DISMISSAL<br>AND ORDER<br><br>San Jose Venue |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: 6/11/2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Chief, San Jose Branch Office

NOTICE OF DISMISSAL - CR 06-XXXXXXXXX

## ORDER

Leave is granted to the government to dismiss the indictment.

Date: 6/16/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

NOTICE OF DISMISSAL - No. CR ~~XXXXXXXXXX~~